UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ROBERT B.,

     Plaintiff,                        Case No. 3:22-cv-246

vs.

COMMISSIONER OF THE SOCIAL       District Judge Michael J. Newman
SECURITY ADMINISTRATION,         Magistrate Judge Stephanie K. Bowman

     Defendant.

_____

**ORDER: (1) ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 13); (2) VACATING THE ALJ'S NON-DISABILITY FINDING; (3) MAKING NO FINDING AS TO WHETHER PLAINTIFF WAS UNDER A "DISABILITY" WITHIN THE MEANING OF THE SOCIAL SECURITY ACT; (4) REMANDING THIS CASE, UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g), TO THE ALJ FOR FURTHER PROCEEDINGS; AND (5) TERMINATING THIS CASE ON THE COURT'S DOCKET**

_____

This Social Security case is before the Court on the Report and Recommendation issued by United States Magistrate Judge Stephanie K. Bowman (Doc. No. 13), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Judge Bowman recommended that the ALJ's non-disability finding be vacated and that the Court make no finding as to whether Plaintiff was under a "disability" within the meaning of the Social Security Act. Doc. No. 13. The Commissioner has not filed any objection to the Report and Recommendation.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all filings in this matter. Upon careful *de novo* consideration of the foregoing, the Court determines that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation (Doc. No.

13) is **ADOPTED** in full; (2) the ALJ's non-disability finding is **VACATED**; (3) no finding is made as to whether Plaintiff was under a "disability" within the meaning of the Social Security Act; (4) pursuant to Sentence Four of 42 U.S.C. § 405(g), this case is **REMANDED** to the ALJ for further proceedings consistent with this Order and the Magistrate Judge's Report and Recommendation (Doc. No. 13); and (5) this case is **TERMINATED** on the Court's docket.

**IT IS SO ORDERED.**

June 23, 2023                                s/Michael J. Newman
                                             Hon. Michael J. Newman
                                             United States District Judge